IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:03CR3176 |
| v. | ) | |
| | ) | |
| ANTHONY J. CAMPBELL, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion for screening to treatment, filing 28, is granted, and Pretrial Services shall investigate the proposal and have defendant screened for admission to intensive outpatient treatment and residence in an appropriate halfway house.

DATED this 27th day of April, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge