IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3176 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY J. CAMPBELL, | ) | ORDER CONTINUING SENTENCING |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

The defendant, by and through his attorney, has filed a Motion for Order to Continue Sentencing, filing 44, in which counsel states that the defendant is in treatment and needs additional time to complete the program.

IT IS ORDERED that:

1. the Motion for Order to Continue Sentencing, filing 44, is granted;

2. the sentencing hearing for the defendant, Anthony J. Campbell, is continued to August 29, 2005, at 12:15 a. m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

3. the defendant shall be present for said hearing.

Dated June 29, 2005.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge