IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3176 |
| | ) | |
| v. | ) | |
| | ) | AMENDED |
| ANTHONY J. CAMPBELL, | ) | ORDER CONTINUING SENTENCING |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the Order Continuing Sentencing Hearing, filing 45, is amended in that the time scheduled for the sentencing hearing on August 29, 2005, shall be changed to 12:15 p.m.   The Order Continuing Sentencing Hearing otherwise remains as filed.

Dated June 29, 2005.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge