UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 JUL 13 PM 1:40

OFFICE OF THE CLERK

U.S.A. vs. Anthony Campbell                             Docket No. 4:05CR3176

Petition to Modify Conditions of Pretrial Release

COMES NOW Fred A. Samway, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Anthony Campbell, who was placed under pretrial release supervision by the Honorable David L. Piester sitting in the Court at Lincoln, Nebraska, on May 13, 2005, under the following condition (modified on May 16, 2005):

1 (d)   The defendant shall reside at Byers Flats, Hastings, Nebraska at all times. The defendant shall not leave the facility unless with the permission of an authorized staff member of the facility.

Respectfully presenting petition for action of Court and for cause as follows:

Mr. Campbell has requested permission to receive overnight passes from Byers Flats.. According to staff at the facility, they have no objection to granting such passes.

PRAYING THAT THE COURT WILL ORDER that condition 1 (f) be modified as follows:

1 (d)   The defendant shall reside at Byers Flats, Hastings, Nebraska at all times, unless an approved pass has been given by both the supervising officer and an approved staff member of the facility. The defendant shall abide by the rules of the facility and not leave the facility unless with the permission of an authorized staff member of Byers Flats.

ORDER OF COURT

Considered and ordered this ___13___ day of __July__, 20_05_ and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 13, 2005

_____
U.S. Pretrial Services Officer

Place: Lincoln, Nebraska