IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3176 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY J. CAMPBELL, | ) | ORDER ON MOTION FOR |
| | ) | ENLARGEMENT OF TIME |
| Defendant. | ) | |
| | ) | |

For the reasons set out in the Motion for Enlargement of Time, and with no opposition expressed by the government or the Pre-Trial Release Officer,

IT IS ORDERED that:

1.   the Motion for Enlargement of Time, filing 53, is granted;

2.   the JUDGMENT IN A CRIMINAL CASE, filing 49, shall be amended in that the third paragraph on the second page under the heading **IMPRISONMENT** shall be amended to read as follows:

> The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **no earlier than December 28, 2005, and no later than January 27, 2006**, as notified by the United States Marshal.

the JUDGMENT IN A CRIMINAL CASE, filing 49, otherwise remains in full force and effect.

Dated September 28, 2005.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge