IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:03CR3176 |
| v. | ) | |
| ANTHONY J. CAMPBELL, | ) | ORDER |
| Defendant. | ) | |

At the request of the Bureau of Prisons,

IT IS ORDERED that the date for surrender by the defendant for service of sentence is amended to be December 28, 2005, at an institution designated by the Bureau of Prisons, as notified by the United States Marshal.

DATED this 5th day of October, 2005.

BY THE COURT:

s/ Warren K. Urbom
Senior United States District Judge