IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3176 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY J. CAMPBELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

     IT IS ORDERED that the defendant shall be transported to the institution designated by the Bureau of Prisons for serving his sentence imposed by the judgement of August 29, 2005, as soon as he has completed his testimony in a trial now pending before Judge Richard G. Kopf at such time as it is convenient for the U.S. Marshal Service.

     Dated November 2, 2005.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge