UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3176 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON REQUEST FOR HEARING |
| vs. | ) | ON RULE 35(b) MOTION |
| | ) | |
| ANTHONY J. CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America has requested a hearing on its previously filed Rule 35(b) motion.

IT IS ORDERED that:

1. the Request for Hearing on Rule 35(b) Motion, filing 62, is granted;

2. the hearing will be held on September 29, 2006, at 12:15 p.m. in Courtroom 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

3. counsel for the defendant has informed me that the defendant wants to participate at the hearing by telephone and defense counsel has provided my chambers with the name of the defendant's case manager and the telephone number where the defendant can be reached at the time of the hearing. My courtroom deputy will initiate the call.

Dated September 20, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge