IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3176 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY J. CAMPBELL, | ) | ORDER GRANTING ORAL MOTION |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for the defendant has orally moved to have a hearing scheduled on the pending Petition for Warrant or Summons for Offender Under Supervision, filing 69. The government having no objection to this motion,

IT IS ORDERED that:

1. the oral request for a hearing, docket entry 74, on the Petition for Warrant or Summons for Offender Under Supervision, filing 69, is granted;

2. the hearing is scheduled to commence at 12:15 p.m. on March 16, 2010, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska 68508; and

3. the defendant shall be present for the hearing.

Dated March 8, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge