IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.  4:03CR3176 |
| ANTHONY J. CAMPBELL, | ) ) ) | |
| Defendant. | ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Disposition Hearing, filing 82, now set for June 8, 2010, at 1:00 p.m. until a date certain in approximately 45 days.  The Court, noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 21, day of July, 2010, at 12:15 p. m.  The defendant is ordered to appear at such time.

Dated this 27th day of May, 2010.

BY THE COURT:

s/ Warren K. Urbom
_____
The Honorable Warren K. Urbom
United States Senior District Judge