IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:03CR3176 |
| | ) | |
| ANTHONY J. CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Disposition Hearing, filing 84, now set for July 21, 2010, at 12:15 p.m. until a date certain in approximately 30 days.  The Court noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 17th day of August, 2010, at 2:00 p. m.  The defendant is ordered to appear at such time.

Dated July 19, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge