IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:03CR3176 |
| | ) | |
| ANTHONY J. CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Mr. Campbell's Motion to Review Detention and Request for Hearing (Filing No. 87).  The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) The United States Marshal's Office shall release Mr. Campbell from custody upon notification by the Federal Public Defender's Office that a bed is available at Cornhusker Place.  Mr. Campbell shall be released to a member of the Federal Public Defender's office for transportation directly to Cornhusker Place.  He shall reside at Cornhusker Place and follow all rules of said program.

2) The U.S. Marshal's office shall release Mr. Campbell with a 30 day supply of all medication currently being taken.

3) Mr. Campbell shall immediately report to the United States Probation Office in Lincoln, NE, upon his successful or unsuccessful discharge from the Cornhusker Place program.

4)  All other conditions of Mr. Campbell's supervised release, not inconsistent with this Order, shall remain in force and effect.

DATED this 9th day of August, 2010.

BY THE COURT:

s/ Warren K. Urbom

_____
The Honorable Warren K. Urbom
United States Senior District Judge

2