IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3176 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY J. CAMPBELL, | ) | ORDER ON UNOPPOSED MOTION TO |
| | ) | CONTINUE REVOCATION HEARING |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1.      the Unopposed Motion to Continue Revocation Hearing, filing 91, is granted;

2.      the revocation hearing is continued to October 20, 2010, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, NE 68508; and

3.      the supervised release of the defendant shall remain under the same conditions as most recently existed, except that the defendant shall participate in inpatient treatment at Cornhusker Place and he shall remain there following the rules set by program staff until completion.  Upon being discharged from Cornhusker Place for whatever reason, the defendant shall immediately report to the United States Probation Office.

Dated August 16, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge