IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:03CR3176 |
| v. | ) | ORDER ON UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING |
| ANTHONY J. CAMPBELL, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. the Unopposed Motion to Continue Revocation Hearing, filing 93, is granted;

2. the revocation hearing is continued to January 5, 2011, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, NE 68508; and

3. the supervised release of the defendant shall remain under the same conditions as most recently existed.

Dated October 15, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge