IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 4:03CR3176 |
| v. | ) |
| ANTHONY J. CAMPBELL, | ) ORDER RESCHEDULING REVOCATION HEARING |
| Defendant. | ) |

IT IS ORDERED that:

1. the revocation hearing is rescheduled and shall commence at 11:30 a.m. on January 10, 2011, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. the defendant shall be present for the hearing.

Dated December 20, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge