IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 4:03CR3176 |
| v. | ) ) | ORDER ON UNOPPOSED MOTION TO CONTINUE REVOCATION |
| ANTHONY J. CAMPBELL, | ) ) | HEARING |
| Defendant. | ) ) | |

IT IS ORDERED that:

1. the Unopposed Motion to Continue Revocation Hearing, filing 96, is granted;

2. the revocation hearing is continued to March 7, 2011, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, NE 68508; and

3. the supervised release of the defendant shall remain under the same conditions as most recently existed.

Dated this 5th day of January, 2011.

BY THE COURT:

s/ Warren K. Urbom

The Honorable Warren K. Urbom
United States Senior District Judge